1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  NICOLE M. KIM (NYBN 4435806)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, California
      Telephone:  (415) 436-6401
7     Facsimile: (415) 436-6982
      E-Mail:  nicole.kim@usdoj.gov
8
   Attorneys for the United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA      )   CR No. 03-10-70015 EDL
13                               )
                                 )
14                               )   [~~PROPOSED~~] ORDER OF DETENTION
                v.               )
15                               )
   DARNELL FOSTER,               )
16                               )
        Defendant.                )
17  _____ )

18      This matter came before the Court on January 12, 2010 for a detention hearing.  The

19  defendant, Darnell Foster, was present and represented by Assistant Federal Public Defender Jodi

20  Linker.  Assistant United States Attorney Nicole M. Kim appeared for the United States of

21  America.  The defendant waived his right to an identity hearing under Rule 32.1 of the Federal

22  Rules of Criminal Procedure.

23      A Petition for Warrant or Summons for Offender Under Supervision (the "Petition) was

24  filed by U.S. Probation of the Eastern District of California on or about September 25, 2009,

25  alleging five violations of the terms and conditions of supervised release.

26      The Government requested detention and the defendant opposed.  Proffers and arguments

27

28  United States v. Darnell Foster,
    CR No. 03-10-70015 EDL,
    [~~PROPOSED~~] DETENTION ORDER

regarding detention were submitted by the parties at the hearing.

Fed. R. Crim. P. 32.1(a)(6) provides that "the magistrate judge may release or detain the person [alleged to have violated supervised release] under 18 U.S.C. § 3143(a) pending further proceedings.  The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the person."  The Bail Reform Act of 1984, 18 U.S.C. § 3143(a) provides that the person shall be detained "unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released. . . ."

Upon consideration of the facts, proffers, and arguments presented, the Court finds that the defendant has failed to meet his burden to show by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community if released.  The Court notes that the defendant has multiple violations of the conditions of his probation and supervised release, in addition to multiple failures to appear for various court cases.  In addition to the charges alleged in the Petition, the defendant has also tested positive for several different controlled substances on numerous occasions after the Petition was filed by U.S. Probation in the Eastern District of California.  The defendant also currently has an outstanding warrant for his arrest out of Solano County Superior Court, as well as two other outstanding warrants for cases in Vallejo, CA and Fairfield, CA.

Accordingly, the Court concludes that the defendant must be detained pending his removal to face the charges in the Petition in the Eastern District of California.  The Court notes that an arraignment on the charges before the Magistrate Judge in the Eastern District of California has been scheduled for Friday, January 15, 2010.

Dated:  January 13, 2010

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

United States v. Darnell Foster
CR No.03-10-70015 EDL
[PROPOSED] ORDER OF DETENTION         2